UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PROGRESS BULK CARRIERS LIMITED and      :
MED BROKERAGE AND MANAGEMENT
CORPORATION LIMITED,                    :

             Plaintiffs,                :

    - against -                           :

SNTM CNAN a/k/a SICIETE NATIONALE DE    :
TRANSPORTS MARITIMES, SOCIETE
NATIONALE DE TRANSPORTES MARITIMES,     :
CNAN GROUP SPA or COMPAGNIE
NATIONALE DE NAVIGATION,                :

             Defendant.                 :
-------------------------------------------------------------X

JUDGE LEISURE

07 CV 155

### AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut )
                     ) ss: SOUTHPORT
County of Fairfield )

    Nancy R. Peterson, being duly sworn, deposes and says:

    1.    I am a member of the Bar of this Court and represent the Plaintiffs herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiffs' prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

    2.    I have attempted to locate the Defendant, SNTM CNAN a/k/a SICIETE NATIONALE DE TRANSPORTS MARITIMES, SOCIETE NATIONALE DE TRANSPORTES MARITIMES, CNAN GROUP SPA or COMPAGNIE NATIONALE DE NAVIGATION, within this District. As part of my investigation to locate this Defendant within this District, I checked the telephone company information directory, as well as the white and

yellow pages for New York listed on the Internet or World Wide Web, and did not find any listing for this Defendant. Finally, I checked the New York State Department of Corporations' online database which showed no listing or registration for this Defendant.

3. I submit that the Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

4. Upon information and belief, the Defendant has, or will have during the pendency of this action, tangible and intangible property within the District in the hands of American Express Bank, ABN-AMRO Bank, Bank of America, Bank of New York, Deutsche Bank, Citibank, HSBC (USA) Bank, JP Morgan Chase, Standard Chartered Bank, and/or Wachovia Bank. This is Plaintiffs' first request for this relief made to any Court.

**WHEREFORE**, the Plaintiffs respectfully request that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of Defendant's tangible and intangible property within this District in the hands of American Express Bank, ABN-AMRO Bank, Bank of America, Bank of New York, Deutsche Bank, Citibank, HSBC (USA) Bank, JP Morgan Chase, Standard Chartered Bank, and/or Wachovia Bank.

_____
Nancy R. Peterson

Sworn and subscribed to before me
this 9th day of January, 2007.

_____
Notary Public
Commission Expires 11/30/2011

-2-